ORR v. SIMMS, from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *Jones & Tillett,* for defendant.   Affirmed.

HOWARD v. RAILROAD, from Catawba; *Armfield & Turner,* *Yount* and *Femister,* for plaintiff.   Affirmed.

ROWE v. SHUFORD MFG. Co., from Caldwell; *Femister* and *Yount,* for plaintiff; *Self & Whitener* and *Perkins,* for defendant.   Affirmed.

STATE v. RAILROAD Co., from Burke; *Attorney-General* and *Avery & Ervin* for State; *Bason* and *S. J. Ervin,* for defendant.   Affirmed.

STATE v. LOCKEY, from Burke; *Attorney-General* for State; *Avery & Ervin* and *Newland,* for defendant. Affirmed.

WITHEROW v. GALLERT, from Rutherford; *Martin & Eaves,* for plaintiff; *McBrayer & Justice,* for defendant. Affirmed.

WILSON v. ABRAMS, from Polk; *Zachary,* for plaintiff; *Gallert,* for defendant.   Affirmed.

MOSELEY v. McKINNEY, from Rutherford; *Eaves & Rucker,* for plaintiff.   Affirmed.

STATE v. STANTON, from Madison; *Attorney-General,* for State.   Appeal dismissed.

HAZZARD v. LYMAN, from Buncombe; *Jones & Jones,* for plaintiff; *Davidson* and *Weaver,* for defendant.   Affirmed.

MILES v. RAILROAD Co., from Madison, two cases; *Gudger & McElroy,* for plaintiff; *Bason* for defendant. Affirmed.

DUCKWORTH v. DAVENPORT, from Transylvania; *Rhuford,* for plaintiff; *Zachary & Moore,* for defendant. Affirmed.

BENEDICT v. JONES, from Buncombe.   *J. C. Martin* and *F. H. Busbee,* for plaintiff; *Craig,* for defendant.   Affirmed.

STATE v. NEELY, from Macon; *Attorney-General,* for State; *Ray,* for defendant.   Error, upon authority of *State v. Reams,* 121 N. C., 556.